**United States District Court**
For the Northern District of California

**\*E-FILED ON 3/27/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELANIE POLK-STAMPS and BABACAR DIENE, individually on behalf of themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NETFLIX, INC., a Delaware corporation,<br><br>Defendant. | No. C07-01266 HRL<br><br>**ORDER REFERRING CASE TO JUDGE WILLIAM H. ALSUP FOR A RELATED CASE DETERMINATION** |

The above-captioned case was filed on March 2, 2007. Pursuant to Civil Local Rule 3-12(c), the instant action is referred to Judge William H. Alsup, with a request that he consider whether it is related to *Netflix, Inc. v. Blockbuster, Inc.,* Case No. C06-02361WHA (JCS).

IT IS SO ORDERED.

Dated:   March 27, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:07-cv-1266 Notice will be electronically mailed to:**

Mary Jane Edelstein Fait fait@whafh.com

Francis M. Gregorek gregorek@whafh.com

Betsy C. Manifold manifold@whafh.com

Rachele R. Rickert rickert@whafh.com

**3:06-cv-2361 A copy of this document will be mailed to**:

Jeffrey R. Chanin
Ashok Ramani
Asim M. Bhansali
Daralyn J. Durie
Eugene M. Paige
Kevin Thayer Reed
Leo L. Lam
Keker & Van Nest, LLP
710 Sansome Street
San Francisco, CA 94111-1704

Marshall B Grossman
The Water Garden
North Tower, 4th Floor
1620 26th Street
Santa Monica, CA 90404-4060

Tony D. Chen
Dominique Naomi Thomas
William J. O'Brien
Alschuler Grossman LLP
1620 26th Street
4th Floor, North Tower
Santa Monica, CA 90404